RICHARD A. SPRINGS et al., Respondents, v. DAVID W. JAMES, Appellant.

*Springs* v. *James*, 137 App. Div. 110, affirmed.
(Argued May 11, 1911; decided June 13, 1911.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1910, modifying and affirming as modified a judgment in favor of plaintiffs entered upon the report of a referee in an action to recover money alleged to have been paid out for the benefit of defendant.

*Herbert D. Mason, Victor Lamar Smith* and *William L. Ransom* for appellant.

*John R. Abney* and *Edward D. Brown* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ. Not voting: CULLEN, Ch. J., and HIS-COCK, J.